UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In re  Rose Behroozi ,    Case No. _____
                          Chapter ___

### DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE OF PAYMENT UNDER 11 U.S.C. §521(a)(1)(B)(iv)

I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct (CHECK ONE OF THESE BOXES):

[✓] I have not been employed by any employer within the 60 days before the date of filing of the petition.

[ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because _____
_____
_____

[ ] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition form any employer, and they are attached.

Executed on  7/13/23  (date) by  Rose Behroozi  (debtor)