Form fnldec  (Revised 08/01/2018)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 23−20830                           Chapter: 7

In re:

Rose Behroozi
11110 W. 117th Street
Overland Park, KS 66210

SSN: xxx−xx−3027

**FINAL DECREE**

| Filed And Entered By The Court |
|---|
| **10/26/23**<br>**David D. Zimmerman**<br>**Clerk of Court**<br>**US Bankruptcy Court** |

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

1. Darcy D Williamson TR is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 15

s/ Robert D. Berger
United States Bankruptcy Judge